IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ADAM SCHIAVO and CHARLES SCHIAVO, | § § § | No. 199, 2021 |
| Appellants Below, Appellants, | § § § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DARRELL CLOUD, | § | C.A. No. N19A-12-007 |
| | § | |
| Appellee Below, Appellee. | § § | |

Submitted: October 15, 2021
Decided: December 15, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

After careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated March 16, 2021.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery Reeves*
Justice

---

[1] *Schiavo v. Cloud*, 2021 WL 1030176 (Del. Super. Ct. Mar. 16, 2021).